# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER H. PATTERSON,<br><br>Petitioner,<br><br>v.<br><br>DAVE DAVEY, Warden,<br><br>Respondent. | Case No. 1:17-cv-00827-JLT-HC<br><br>ORDER GRANTING PETITIONER LEAVE TO AMEND PETITION<br><br>[THIRTY-DAY DEADLINE] |

On June 21, 2017, Petitioner filed a petition for writ of habeas corpus. Upon review of the petition, there appear to be missing pages. On page 5 of the petition, the reader is referred to page 10; however, pages 10 and 11 are not included in the petition. Accordingly, Petitioner is GRANTED thirty days from the date of service of this order in which to file an amended petition including the missing pages. Petitioner is advised that the petition should be entitled "First Amended Petition" and must reference the instant case number.

IT IS SO ORDERED.

Dated: **July 11, 2017**           **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE